# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE PEOPLE'S
COURT OF DAK LAK PROVINCE,
VIETNAM IN THE MATTER OF
NGUYEN VAN KHUONG ET AL.

Case No.   1:23-mc-91670

/

## DECLARATION OF TRIAL ATTORNEY KRYSTA M. STANFORD

I, Krysta M. Stanford, pursuant to 28 U.S.C. § 1746, declare as follows:

1.   I am a Trial Attorney at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance. I make this declaration upon information and belief based upon the attached exhibits and communications received from the People's Court of Dak Lak Province, Vietnam ("Vietnamese Court"). I make this declaration in support of the Government's request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining testimony from Nguyen Lien My and Danny Nguyen Lam.

2.   In connection with a judicial proceeding in the Vietnamese Court, captioned the *Matter of Nguyen Van Khuong et al.*, Foreign Reference Number 02/UTTPDS-TA16, the Court issued Letters of Request seeking information from Nguyen Lien My and Danny Nguyen Lam. True and correct redacted copies of the Letters of Request received from the Vietnamese Court are attached as Exhibit A-1 and A-2.

3.   The specific information requested by the Vietnamese Court is reflected in subpoenas addressed to Nguyen Lien My and Danny Nguyen Lam, which the United States

intends to serve (in substantially similar format) upon my appointment as Commissioner. Copies of the proposed subpoenas are attached as Exhibit B-1 and B-2.

4. To date, Nguyen Lien My has refused to respond to multiple packages sent by Federal Express to the witness's residence. *See* Exhibits C-1, C-2, and C-3.

5. On August 14, 2023, OIJA sent a letter seeking Nguyen Lien My's cooperation, with a requested response date of September 8, 2023. Ex. C-1. The package was delivered by Federal Express, signature required, on August 15, 2023. *Id.*

6. On October 5, 2023, having failed to receive a response from Nguyen Lien My, OIJA sent a second letter seeking Nguyen Lien My's cooperation, with a requested response date of October 27, 2023. Ex. C-2. The package was delivered by Federal Express, signature required, on October 9, 2023. *Id.*

7. On November 2, 2023, having again failed to receive a response from Nguyen Lien My, OIJA sent a third and final letter seeking Nguyen Lien My's cooperation, with a requested response date of November 24, 2023. Ex. C-3. The package was delivered by Federal Express, signature required, on November 3, 2023. *Id.* OIJA, again, did not receive a response.

8. To date, Danny Nguyen Lam has refused to respond to multiple packages sent by Federal Express to the witness's residence. *See* Exhibits C-4 and C-5.

9. On August 14, 2023, OIJA sent a letter seeking Danny Nguyen Lam's cooperation, with a requested response date of September 8, 2023. Ex. C-4. The package was delivered by Federal Express, signature required, on August 16, 2023. *Id.*

10. On October 5, 2023, having failed to receive a response from Danny Nguyen Lam, OIJA sent a second letter seeking Danny Nguyen Lam's cooperation, with a requested response

date of October 27, 2023. Federal Express attempted to deliver the package, signature required, three times before returning it to OIJA.

11. On November 22, 2023, having failed to receive a response from Danny Nguyen Lam, OIJA sent a third and final letter seeking Danny Nguyen Lam's cooperation, with a requested response date of December 15, 2023. Ex. C-5. The package was delivered by Federal Express, signature required, on November 27, 2023. *Id.* OIJA, again, did not receive a response.

12. In order to assist the Vietnamese Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order attached to the Application appointing me Commissioner.

13. No previous application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct.

Washington
December 28, 2023

                                      /s/ Krysta M. Stanford
                                      Krysta M. Stanford
                                      Trial Attorney